UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CIV-61250-SCOLA/SNOW

KYLE EGGNATZ, and all others
similarly situated under 29 U.S.C. 216 (b),

    Plaintiff(s),

v.

COVENTBRIDGE (USA), INC. d/b/a
COVENTBRIDGE GROUP, a foreign for-profit
corporation, DAVID MERRILL, individually, and
JIM FRANCIS, individually,

    Defendants.
_____/

**FINAL MEDIATOR'S REPORT**

    Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

    The Mediation was held on the 8th day of March, 2019 at 10:00 a.m.  The mediation began as scheduled and all parties and their attorneys appeared. An agreement was reached; the case is SETTLED.

    Dated this 20th day of March, 2019

                                                                     Respectfully Submitted,
                                                                     **Neil Flaxman, Esq.**

        Florida Supreme Court Certified Circuit &
Appellate Mediator
Certified District Court Mediator (S.D. Fla.)
Brickell City Tower, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786- Fax: 305-810-2824
E-mail: flaxy@bellsouth.net

By:     *s/ Neil Flaxman*
       Neil Flaxman, Esq.
       Fla. Bar No. 025299